November 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RALPH O. DOUGLAS, Appellant

NO. 14-12-00259-CV                     V.

LORI K. REDMOND, Appellee

_____

This cause, an appeal from the summary judgment in favor of appellee, Lori K. Redmond, signed February 24, 2012, and an appeal from an order declaring appellant, Ralph O. Douglas, a vexatious litigant, also signed February 24, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the summary judgment or the order. We order the summary judgment and the order of the court below **AFFIRMED**.

We further order this decision certified below for observance.